393 A.2d 1285

Elias et ux., Appellants v. Short.

**■■■■■■■■■■■■**

Argued April 10, 1978.   Richard J. Russell, for appellants; John W. Taylor, for appellee.

Order affirmed.